UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

NEON UNDERWRITING, LTD., a/s/o Shediac )
Lobster Shop Ltd., and SHEDIAC LOBSTER SHOP, )
LTD., )

                 Plaintiffs, )

          - v. - )

PFS LOGISTICS, LLC; PREFERRED FREEZER )
SERVICES OF RAYNHAM, LLC; LINEAGE )
LOGISTICS, LLC as successor-in-interest of )
Preferred Freezer Services of Raynham, LLC; )
GLOBALTRANZ ENTERPRISES, INC.; and MD )
END GLOBAL, INC., )

                 Defendants. )

20 Civ. 7837

**STIPULATION OF DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, all matters having been fully settled, compromised, and adjusted, the captioned action is voluntarily dismissed and discontinued, with prejudice and without costs to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

7

Date: ~~April~~ May 23, , 2022

KENNEDY LILLIS SCHMIDT & ENGLISH
*Attorneys for Plaintiffs*

By: _____
    Nathan T. Williams
    125 Maiden Lane, Suite 5C
    New York, NY 10038
    Tel: (212) 430-0800

GORDON REES SCULLY MANSUKHANI, LLP
*Attorneys for Defendants PFS Logistics, LLC,*
*Preferred Freezer Services of Raynham, LLC, and*
*Lineage Logistics, LLC*

By: _____
    Craig A. Jacobsen
    1 North Franklin Street, Suite 800
    Chicago, IL 60606
    Tel: (312) 980-6784

MARWEDEL, MINICHELLO & REEB, P.C.
*Attorneys for Defendant GlobalTranz*
*Enterprises, LLC*

By: _____
    Kyle M. Brennan
    303 W. Madison St., Suite 1100
    Chicago, IL 60606
    (312) 445-5314
    kbrennan@mmr-law.com

8